```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09695
   JASON LUKASIEWICZ
   LAURA LUKASIEWICZ                      CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3322    SSN XXX-XX-3095
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/19/08 and confirmed on 08/15/08.

2. The case was dismissed after confirmation, 12/12/2008.

3. The Debtor paid a total of $ 1710.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CCO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CCO MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 15839.48 | 76.51 | 1034.31 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES OLYMPIA FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ORLAND PARK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M PHILBRICK | ADMINISTRATIV | 500.00 | .00 | 500.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15839.48 | 500.00 | .00 | .00 | 16339.48 |
| PRINCIPAL PAID | 1034.31 | 500.00 | .00 | .00 | 1534.31 |
| INTEREST PAID | 76.51 | .00 | .00 | .00 | 76.51 |

```
TOTAL PAID                 1110.82        500.00         .00           .00     1610.82
The Debtor's attorney, THOMAS M BRITT                  , was allowed $   3200.00
and was paid $     800.00   direct and $       .00   through the plan.
```

The Trustee received $     99.18 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE